IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THE SOUND FACTORY, LLC, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:25-cv-00359-TRJ |

### ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File an Amended Complaint. (Doc. 12). Plaintiffs seek leave to add Columbus Healthcare Resources Inc. ("Columbus Healthcare") as a defendant to this action. (*Id.* at 2). The Clerk previously entered default against Defendant The Sound Factory, LLC ("Sound Factory"), and Plaintiffs filed a Motion for Default Judgment as to Sound Factory on September 30, 2025. (Doc. 10).

Courts "should freely give leave [to amend] when justice so requires." FED. R. CIV. P. 15. The Supreme Court has made clear that "this mandate is to be heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Court finds that justice so requires that Plaintiffs be permitted to file an Amended Complaint. Accordingly, Plaintiffs' Motion for Leave to File an Amended Complaint (Doc. 12) is **GRANTED**. Plaintiffs are **ORDERED** to file the Amended Complaint as a separate entry on the docket by **October 24, 2025**. Plaintiffs are further **ORDERED** to serve Sound Factory and Columbus Healthcare with the Amended Complaint by **November 24, 2025**. Plaintiffs are **DIRECTED** to file proof of service once service has been effectuated. Because the

filing of the Amended Complaint moots a prior entry of default, Plaintiffs' Motion for Default Judgment (Doc. 10) is **DENIED.** *See Phoenix Entertainment Partners, LLC v. Jellyfish, LLC*, No. 3:17-cv-929, 2018 WL 10517181, at *1 (N.D. Fla. Apr. 12, 2018) ("having amended the complaint, a plaintiff is not permitted to pursue a default judgment on the original pleading.") (collecting cases).

SO ORDERED, this 21st day of October, 2025.

_____
TIFFANY R. JOHNSON
United States District Judge