IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE SOUND FACTORY, LLC, *et al.*,<br><br>    Defendants. | CIVIL ACTION NO.<br>1:25-cv-00359-TRJ |

ORDER

On November 26, 2025, the Court ordered Plaintiffs to serve Defendant Columbus Healthcare Resources Inc. ("Columbus Healthcare") by December 24, 2025, and to file proof of service once service has been effectuated. (Doc. 19). To date, Plaintiffs have not filed proof of service on Columbus Healthcare.

Because Plaintiffs have not complied with this Court's Order, by **January 14, 2026**, Plaintiffs are **ORDERED** to **SHOW CAUSE** in writing why their claims against Columbus Healthcare should not be dismissed for insufficient service of process and failure to obey a lawful order of the Court. Additionally, Plaintiffs are **DIRECTED** to file by **January 14, 2026** either: (1) a motion for entry of default as to Defendant The Sound Factory, LLC, or (2) a notice explaining why Plaintiffs are not seeking an entry of default as to Defendant The Sound Factory, LLC at this time. The Clerk is respectfully **DIRECTED** to submit this matter to the Court on **January 15, 2026**.

SO ORDERED, this 6th day of January, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge