IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ARIANNY CELESTE LOPEZ, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE SOUND FACTORY, LLC, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00359-TRJ |

**PLAINTIFFS' RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Plaintiffs Arianny Celeste Lopez, Claudia Sampedro, Eva Pepaj, Janet Guzman, Kimberly Cozzens a/k/a Kim Cozzens, Mariana Davalos, Rosa Acosta, Stephanie Rao, and Yodit Yemane a/k/a Jodie Joe (collectively "Plaintiffs"), by and through their undersigned counsel, hereby submit their response to this Court's January 6, 2026 Order to Show Cause, (the "Order"), ECF No. 20, and state as follows:

1. This action commenced on January 28, 2025, by Plaintiffs filing their complaint against Defendant, ECF No. 1, and on October 24, 2025, Plaintiffs filed their First Amended Complaint ("FAC"), ECF No. 15.

2. On or about November 15, 2025, Defendant The Sound Factory, LLC was served with the FAC and summons. ECF No. 17.

3. Having been served on November 15, 2025, Defendant The Sound

Factory, LLC's deadline to answer, respond or otherwise move against the complaint was December 8, 2025. Contemporaneous with this response, Plaintiffs are requesting an entry of default as to The Sound Factory, LLC and will be proceeding with a motion for default judgment.

4. On November 26, 2025, the Court granted Plaintiffs' motion for an extension of time to serve defendant Columbus Healthcare Resources, Inc. ("Columbus"), ECF No. 19, gave Plaintiffs until December 24, 2025 to serve Columbus, and noted that if Plaintiffs were unable to serve Columbus by that date the Court would consider a motion to effectuate service by publication. *Id.*

5. Despite numerous attempts to serve Columbus, Plaintiffs were unable to effect service by December 24th.

6. Plaintiffs acknowledge that, having been unable to serve Columbus by December 24th, they should have moved the Court for an order allowing them to serve Columbus via publication. That they did not do so was a law office error for which the undersigned takes responsibility.

7. Instead, Plaintiffs continued to direct their process server to effect service and on or about January 12, 2026, Columbus. was served with the FAC and summons. ECF No. 21.

8. Having been served on January 12, 2026, Columbus's deadline to answer, respond or otherwise move against the FAC is February 2, 2026.

2

9. In light of the foregoing, Plaintiffs respectfully advise the Court that Columbus has now been served with the FAC. Plaintiffs respectfully request until February 10, 2026, to update the Court regarding Defendant Columbus's appearance or response. Should Defendant Columbus fail to answer, respond, or otherwise appear on or before that date, Plaintiffs intend to move for entry of default against Columbus.

10. Plaintiffs apologize to the Court for failing to request service by publication on or before December 24th. As the service on Columbus demonstrates, this was not due to a lack of intention in proceeding with this manner. Considering this, Plaintiffs respectfully request that the Court allow this matter to proceed such that Columbus may answer or otherwise move against the Complaint and Plaintiffs may pursue their default judgment against The Sound Factory, LLC.

Dated: January 14, 2026

/s/ John V. Golaszewski
John V. Golaszewski (PHV)
New York Bar No. 4121091
THE CASAS LAW FIRM, P.C.
1325 Ave. of the Americas, 28th Fl.
New York, NY 10019
Tel: 855-267-4457
john@talentrights.law
*Attorneys for Plaintiffs*

/s/ Douglas B. Chanco
Douglas B. Chanco
Ga Bar Number: 139711
JD LAW GROUP

912 Holcomb Bridge Rd.
Suite 203
Roswell, GA 30076
(404) 842-0909
doug@jdgrouplaw.com
*Local Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of January 2026, I filed the foregoing electronically through the CM/ECF system, and will mail a stamped version via USPS to the entity's Physical Address as follows:

THE SOUND FACTORY, LLC
c/o Marcades Daugherty, registered agent
2050 Cheshire Bridge Rd. 1127
Atlanta, GA 30324

COLUMBUS HEALTHCARE RESOURCES INC
6298 Veterans Pky. Columbus GA Center St. # ST 400
Columbus, GA 31901

*/s/ John V. Golaszewski*
John V. Golaszewski